170 A.3d 954

ALLEN & BUBENICK, INC., PLAINTIFF–PETITIONER, v. TOWN-SHIP OF PISCATAWAY, TOWNSHIP OF PISCATAWAY COUNCIL, TOWNSHIP OF PISCATAWAY BOARD OF ADJUSTMENT, AND TOWNSHIP OF PISCATAWAY PLANNING BOARD, DEFENDANTS–RESPONDENTS.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1309/5649–13 and A–3471–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

170 A.3d 954

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KEYON D. POWELL, DEFENDANT–PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000205–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.